IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICAH BOGUE,**

    **Plaintiff,**

vs.                                          No.  CIV. 12-611 WJ/WDS

**BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF VALENCIA,**

    **Defendants.**

## ORDER RESCHEDULING MAY 8, 2013 SETTLEMENT CONFERENCE

THIS MATTER having come before the Court upon Defendants' Unopposed Motion to Continue Settlement Conference to a Later Date due to a conflict with a Trial Setting [Document No. 18], and Plaintiff's counsel not opposing the rescheduling of the May 8, 2013 Settlement Conference to a later date, and the Court being sufficiently advised in the premises;

HEREBY FINDS AND ORDERS that the May 8, 2013 Settlement Conference shall be vacated and moved to a later date to avoid any conflict with a trial setting.  The new settlement conference date will be established in late April or May when this matter is reassigned to a different Magistrate Judge.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE